```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 21236
   WILLIE G GRADY
   WILLIE B GRADY                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-3259      SSN XXX-XX-0881

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/02/04 and confirmed on 08/05/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  17850.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
MID STATE HOMES INC        CURRENT MORTG       .00          .00            .00
MID STATE HOMES INC        MORTGAGE ARRE   8493.33          .00         8493.33
COLLECTION PROFESSIONALS   UNSECURED       NOT FILED        .00            .00
ECONOMY FURNITURE          UNSECURED       NOT FILED        .00            .00
AT&T MOBILITY LLC          UNSECURED       NOT FILED        .00            .00
ILLINOIS DEPT REVENUE      UNSECURED        5970.86       539.91         5970.86
       Summary of disbursements:
------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED    OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  8493.33        .00      5970.86       .00      14464.19
PRINCIPAL PAID      8493.33        .00      5970.86       .00      14464.19
INTEREST PAID          .00         .00       539.91       .00        539.91
TOTAL PAID          8493.33        .00      6510.77       .00      15004.10
The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   2200.00
and was paid $    314.80   direct and $   1885.20   through the plan.

The Trustee received $     726.31 .

Refunds to the Debtor totaled $     234.39 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 12/14/07                      /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
      CASE NO. 04 B 21236 WILLIE G GRADY & WILLIE B GRADY
```